**1198**

**IN the INTEREST OF:
S.T.R.R., a Minor**

**2867 EDA 2016**

Superior Court of Pennsylvania.

05/08/2017

DP#: CP–51–DP–0001748–2014 (Philadelphia)

Affirmed

**COM.**

**v.**

**SINGH, G.**

**2975 EDA 2016**

Superior Court of Pennsylvania.

05/08/2017

CP–23–CR–0002760–2012 (Delaware)

Affirmed—Application to Withdraw as Counsel Granted

**COM.**

**v.**

**GRAVES, R.**

**3183 EDA 2016**

Superior Court of Pennsylvania.

05/08/2017

CP–51–CR–0907281–1994 (Philadelphia)

Affirmed

**IN the INTEREST OF: C.E.L.M.P.,
a Minor**

**3221 EDA 2016**

Superior Court of Pennsylvania.

05/08/2017

FID: 51–FN–001755–2014 (Philadelphia)

Affirmed

**IN the INTEREST OF: A.U., a Minor**

**3237 EDA 2016**

Superior Court of Pennsylvania.

05/08/2017

CP–51–DP–0001453–2016 (Philadelphia)

Affirmed

**IN the INTEREST OF: H.U., a Minor**

**3390 EDA 2016**

Superior Court of Pennsylvania.

05/08/2017

CP–51–DP–0001451–2016, FID: 51–FN–001560–2016 (Philadelphia)

Affirmed

